**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Civil Action No.  1:14-cv-00712-GBL-TRJ

JOHN DOE, subscriber assigned IP address
76.100.20.207,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 76.100.20.207.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  September 24, 2014

                                                        Respectfully submitted,

                                                         By:   /s/ *William E. Tabot*
                                                         William E. Tabot PC
                                                         9248 Mosby Street
                                                          Manassas, VA 20110-5038
                                                          Phone: 703-530-7075
                                                          Email: wetabotesq@wetlawfirm.com
                                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*
      William E. Tabot